**Order filed July 13, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00107-CV
_____

**CITY OF HOUSTON, Appellant**

**V.**

**RUBEN RODRIGUEZ AND FREDERICK OKON, Appellees**

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2020-16518**

### ORDER

On June 18, 2021, appellees filed a brief that fails to comply with Texas Rule of Appellate Procedure 9.9(a)(1), due to containing data encompassed by that rule in Tab G of its appendix. Accordingly, we order appellees' brief **STRICKEN**. Appellees are ordered to file a brief that complies with Rule 9.9(a)(1) **within ten (10) days** of the date of this order.

PER CURIAM

Panel consists of Justices Bourliot, Poissant, and Wilson.